UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA M. WHITE,

                  Plaintiff,

-against-

THE OFFICE OF DOE OF PUPIL
TRANSPORTATION, ET AL.,

                  Defendants.

24-cv-8624 (JGK)

ORDER FOR LIMITED APPEARANCE
OF PRO BONO COUNSEL

John G. Koeltl, United States District Judge:

    The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent the plaintiff in this case for all purposes. That representation will terminate once all defendants have answered the plaintiff's complaint, or if any defendant moves to dismiss, after the Court decides any such motion to dismiss.

    If the plaintiff objects to this grant of *pro bono* counsel, the plaintiff must file an objection within 30 days of the date of this order.

SO ORDERED.

Dated:   December 19, 2024
             New York, New York

                                                           John G. Koeltl
                                                           United States District Judge