UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEISHA M. WHITE,

            Plaintiff,          24-cv-8624 (JGK)

    - against -           ORDER

THE OFFICE OF DOE OF PUPIL
TRANSPORTATION, ET AL.,

            Defendants.

---

On June 25, 2025, this Court granted the defendants' request for an extension of time to answer and extended the time to answer or respond to the complaint to July 25, 2025. ECF No. 32. To date, no answer or response has been filed.

Accordingly, the time for the defendant to move or answer is extended to **August 11, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

SO ORDERED.

Dated:    New York, New York
          July 28, 2025

                                        John G. Koeltl
                                   United States District Judge