UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————

KEISHA M. WHITE,

                          Plaintiff,

          - against -

THE OFFICE OF D.O.E. PUPIL
TRANSPORTATION, ET AL.,

                          Defendants.
———————————————————————————

24-cv-8624 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The parties are directed to provide an update on the status

of this case by **May 4, 2026.**


SO ORDERED.

Dated:    New York, New York
          April 27, 2026

                                    John G. Koeltl
                           United States District Judge